**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TUTUILA F. TUVALU, a.k.a. Tuvalu Tutuila Fausia, <br><br>     Petitioner - Appellant, <br><br>  v. <br><br> GARY SANDOR, Warden, <br><br>     Respondent - Appellee. | No. 08-56638 <br><br> D.C. No. 8:08-cv-00278-R <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the Central District of California
Manuel L. Real, District Judge, Presiding

Submitted March 8, 2011[**]

Before:   FARRIS, LEAVY, and BYBEE, Circuit Judges.

  California state prisoner Tutuila F. Tuvalu appeals pro se from the district

court's judgment denying his 28 U.S.C. § 2254 habeas petition. We dismiss.

  After briefing was completed in this case, this court held that a certificate of

---

  [*]   This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

  [**]   The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

appealability is required to challenge the denial of parole.  *See Hayward v. Marshall*, 603 F.3d 546, 554-55 (9th Cir. 2010) (en banc).  Because Tuvalu has not made a substantial showing of the denial of a constitutional right, we decline to certify his claims.  *See* 28 U.S.C. § 2253(c).

All outstanding motions are denied as moot.

**DISMISSED.**